

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2020

No. 04-20-00080-CV

Rosanna **Barrera**, Jenesey Barrera and Sage Barrera,
Appellants

v.

Dean **CHERER** & Chererco LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1394-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Neither the clerk's nor reporter's records have been filed in this appeal.

On February 6, 2020, appellants Rosana Barrera, Jenesey Barrera, and Sage Barrera filed a notice of appeal complaining of the trial court's November 8, 2019 order. On February 6, 2020, Jenesey Barrera filed a Statement of Inability to Afford Payment of Court Costs. However, neither Rosana Barrera nor Sage Barrera filed a statement.

If Appellants wish to proceed without payment of court costs, appellants Rosana Barrera and Sage Barrera must file in this court a Statement of Inability to Afford Payment of Court Costs within TEN DAYS of the date of this order. *See* TEX. R. APP. P. 20.1(c); TEX. R. CIV. P. 145(b), (e). A copy of the statement is attached.

We respectfully advise the Guadalupe County District Clerk and court reporter Patricia Wagner that, to require Appellants to pay costs notwithstanding a properly filed statement, the movant must file a motion that complies with Rule 145(f). *See* TEX. R. CIV. P. 145(f)(1) (district clerk); *id.* R. 145(f)(3) (court reporter). A notification of late record does not meet Rule 145(f)'s requirements.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court